UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LILIANA CHRISTENSEN, FATMIR
BUJUPAJ, and ALEKO NUKU,
          Plaintiffs,

v.

GW ASSOCIATES OF NY INC., d/b/a The
Marina Grille; WILLY RAY WINE CORP.
d/b/a The Gnarly Vine; JENNIFER O'LEARY;
and WILLIAM LEON,
          Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 5798 (VB)

By Order dated November 18, 2019, to be filed separately, the Court amended its May 15, 2019, Order approving the parties' settlement agreement and dismissing the case with prejudice, to clarify the Court retains jurisdiction to enforce the terms of the settlement.

Accordingly, it is hereby ORDERED:

1. Plaintiffs' anticipated motion to enforce the settlement agreement is due December 2, 2019.

2. Defendants' opposition is due December 16, 2019.

3. Plaintiffs' reply, if any, is due December 23, 2019.

Dated: November 18, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge